# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:18-CR-00891   Recorder: CS 01/08/2019   Date: 01/08/2019

Present: The Honorable Michael R. Wilner, U.S. Magistrate Judge

Court Clerk: Veronica Piper   Assistant U.S. Attorney: David Chao

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ROBIN DIMAGGIO<br>BOND-PRESENT | NEHA A. CHRISTERNA<br>DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Dolly M. Gee.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 3/12/2019 at 8:30 AM
    Pre-trial Conference 2/27/2019 at 2:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    The government is ordered to turn over any discovery within two weeks after PIA. If there are any problems regarding discovery, counsel are to file a joint report within one week of the discovery deadline, or request for a status conference.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: VP by TRB