## DECLARATION OF POONAM G. KUMAR

I, Poonam G. Kumar, declare as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Central District of California. I am assigned to represent the United States in this matter. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. I have spoken with FBI Special Agent Ryan Heaton who was responsible for executing the search warrant on the email account of thedimaggio@gmail.com. I understand from SA Heaton that no emails between defendant and the Foundation from the summer of 2016 were found during the execution of the search warrant. SA Heaton advised me that there were other documents from the relevant time period located during the execution of the search warrant, including, but not limited to, what appears to be a chat with defendant's ex-wife's son.

3. Attached as Exhibit A is a true and correct copy of the bank account for DiMaggio International, Inc. for the period of July 2016 produced to the government by Citibank. This document was produced to defendant.

//
//

4. Attached as Exhibit B is a true and correct copy of a press release issued by the United Nations that can be located at https://www.un.org/en/ga/president/68/pdf/newsroom/20140605-settingthestage.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 2, 2019.

/s/

POONAM G. KUMAR