Citibank CBO Services      731
P.O. Box 769018
San Antonio, Texas 78245

001/R1/04F013

000
CITIBANK, N. A.
**Account**
▮▮▮ **5621**
**Statement Period**
**Jul 1 - Jul 31, 2016**
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

Page 1  of  3

DIMAGGIO INTERNATIONAL, INC.

## CitiBusiness® ACCOUNT AS OF JULY 31, 2016

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$36.89** |
| **Savings** | **-----** |
| **Checking Plus** | **-----** |

## SERVICE CHARGE SUMMARY FROM JUNE 1, 2016 THRU JUNE 30, 2016

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING** ▮▮▮ 5621 | | | |
| Average Daily Collected Balance | | | $2,445.15 |
| DEPOSIT SERVICES | | | |
|     MONTHLY MAINTENANCE FEE | 1 | 12.0000 | 12.00 |
|     CHECKS, DEP ITEMS/TICKETS, ACH | 5 | .4000 | 2.00 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$12.00** |
| **Net Service Charge** | | | **$12.00** |

Charges debited from account # ▮▮▮ 5621

## CHECKING ACTIVITY

### CitiBusiness Streamlined Checking

▮▮▮ 5621

| | | Beginning Balance: | $662.41 |
|---|---|---|---|
| | | Ending Balance: | $36.89 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01 | DEBIT CARD PURCH Card Ending in 3338<br>VK69CP00                3338 Jul 01<br>STARBUCKS STORE 05549  LOSANGELES   CA 16182 | 2.55 | | 659.86 |
| 07/01 | ATM WITHDRAWAL<br>3967 - 1000 OKS, W LKE VL, CA | 40.00 | | 619.86 |
| 07/01 | POS DEBIT        Card Ending in 3338<br>BEDBATH&BEYOND# 121 SOUTHOUSAND OAKSCAUS0515 | 147.82 | | 472.04 |
| 07/05 | ELECTRONIC CREDIT<br>ASCAP             DOMWR ROYL 1578883        Jul 05 | | 28.59 | 500.63 |
| 07/05 | WIRE TRANSFER<br>WIRE FROM MIR ZA   TEB MIR Z A MEN        Jul 05 | | 4,964.00 | 5,464.63 |
| 07/05 | WIRE TRANSFER<br>WIRE FROM MIR ZA   TEB MIR Z A MEN        Jul 05 | | 9,960.00 | 15,424.63 |
| 07/05 | DEBIT CARD PURCH Card Ending in 3338<br>M02PMC16                3338 Jul 05<br>GREEN BASIL THAI RESTA CALBASAS    CA 16183 | 41.97 | | 15,382.66 |
| 07/05 | ATM WITHDRAWAL<br>22000 VNTURA, WDLAND HLLS, CA | 800.00 | | 14,582.66 |
| 07/05 | WITHDRAWAL | 13,000.00 | | 1,582.66 |
| 07/05 | POS DEBIT        Card Ending in 3338<br>ARCO #42146         WOODLAND HILLCAUS0015 | 24.35 | | 1,558.31 |

DIMAGGIO_00004718

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit A to Declaration
1 of 4

DIMAGGIO INTERNATIONAL, INC.

Account ████ 5621          Page 2 of 3

001/R1/04F013

Statement Period:  Jul 1 - Jul 31, 2016

## CHECKING ACTIVITY                                                                                          Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 07/05 | POS DEBIT        Card Ending in 3338<br>CHEVRON/REGENT PROPERTYWOODLAND HILLCAUS0015 | 67.36 | | 1,490.95 |
| 07/06 | DEBIT CARD PURCH Card Ending in 3338<br>MKQCRW00                3338 Jul 06<br>STARBUCKS STORE 05549  LOSANGELES   CA 16184 | 0.95 | | 1,490.00 |
| 07/06 | DEBIT CARD PURCH Card Ending in 3338<br>6PW7*FH3                3338 Jul 06<br>CITY OF B H PARKING ME BEVRLY HILLS CA 16184 | 1.75 | | 1,488.25 |
| 07/06 | DEBIT CARD PURCH Card Ending in 3338<br>DKQCRW00                3338 Jul 06<br>STARBUCKS STORE 05549  LOSANGELES   CA 16184 | 4.50 | | 1,483.75 |
| 07/06 | DEBIT CARD PURCH Card Ending in 3338<br>STD5BQCR                3338 Jul 06<br>CORNER BAKERY        THOSAND OAKS CA 16186 | 16.48 | | 1,467.27 |
| 07/06 | DEBIT CARD PURCH Card Ending in 3338<br>04FDF100                3338 Jul 06<br>CJ WILSON MAZDA OF VEN VENURA       CA 16184 | 60.16 | | 1,407.11 |
| 07/06 | SERVICE CHARGE<br>INCOMING WIRE    FEE       C0061870170401 Jul 06 | 14.00 | | 1,393.11 |
| 07/06 | SERVICE CHARGE<br>INCOMING WIRE    FEE       C0061870171501 Jul 06 | 14.00 | | 1,379.11 |
| 07/07 | WIRE TRANSFER<br>WIRE FROM MIR ZA   TEB MIR Z A MEN        Jul 07 | | 6,000.00 | 7,379.11 |
| 07/07 | DEBIT CARD PURCH Card Ending in 3338<br>3FMDGHTG                3338 Jul 07<br>BEAUTYHABIT        WESLAKE VILL CA 16188 | 396.68 | | 6,982.43 |
| 07/08 | DEBIT CARD PURCH Card Ending in 3338<br>MNGL8H00                3338 Jul 08<br>81161 - TARZANA MEDICA TARANA       CA 16189 | 1.00 | | 6,981.43 |
| 07/08 | DEBIT CARD PURCH Card Ending in 3338<br>VNJ9LM00                3338 Jul 08<br>STARBUCKS STORE 11603  WOOLAND HILL CA 16189 | 6.20 | | 6,975.23 |
| 07/08 | DEBIT CARD PURCH Card Ending in 3338<br>KNJ9LM00                3338 Jul 08<br>STARBUCKS STORE 11603  WOOLAND HILL CA 16189 | 11.75 | | 6,963.48 |
| 07/08 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 12.00 | | 6,951.48 |
| 07/08 | SERVICE CHARGE<br>INCOMING WIRE    FEE       C0061893285401 Jul 08 | 14.00 | | 6,937.48 |
| 07/11 | DEBIT CARD PURCH Card Ending in 3338<br>0Q1F2RQ1                3338 Jul 11<br>FOUR SEASONS WLAKE FB  WESLAKE VILL CA 16190 | 27.24 | | 6,910.24 |
| 07/11 | DEBIT CARD PURCH Card Ending in 3338<br>2T1F2RQ1                3338 Jul 11<br>FOUR SEASONS WLAKE SPA WESLAKE VILL CA 16190 | 119.00 | | 6,791.24 |
| 07/11 | DEBIT CARD PURCH Card Ending in 3338<br>CS1F2RQ1                3338 Jul 11<br>FOUR SEASONS WLAKE SPA WESLAKE VILL CA 16190 | 440.37 | | 6,350.87 |
| 07/12 | POS DEBIT        Card Ending in 3338<br>#06335 ALBERTSONS      CALABASAS    CAUS0515 | 55.77 | | 6,295.10 |
| 07/12 | POS DEBIT        Card Ending in 3338<br>EREWHON NATURAL FOODS MCALABASAS    CAUS0215 | 139.21 | | 6,155.89 |
| 07/13 | POS DEBIT        Card Ending in 3338<br>T-MOBILE #1704        WOODLAND HILLCAUS0214 | 49.04 | | 6,106.85 |
| 07/13 | POS DEBIT        Card Ending in 3338<br>PETSMART INC 103      WESTLAKE VILLCAUS0215 | 65.39 | | 6,041.46 |
| 07/13 | POS DEBIT        Card Ending in 3338<br>OREILLY AUTO PARTS 432 THOUSAND OAKSCAUS0215 | 140.60 | | 5,900.86 |
| 07/14 | WIRE TRANSFER<br>WIRE FROM MIR ZA   TEB MIR Z A MEN        Jul 14 | | 149,955.00 | 155,855.86 |
| 07/14 | WITHDRAWAL | 155,600.00 | | 255.86 |
| 07/15 | DEPOSIT | | 12.00 | 267.86 |
| 07/15 | DEBIT CARD PURCH Card Ending in 3338<br>K2DSW700                3338 Jul 15<br>HAROLD'S RESTAURANT   THOSAND OAKS CA 16196 | 35.23 | | 232.63 |
| 07/15 | DEBIT CARD PURCH Card Ending in 3338<br>N1P3Q200                3338 Jul 15<br>PLATA TAQUERIA & CANTI AGORA HILLS  CA 16196 | 170.39 | | 62.24 |
| 07/15 | SERVICE CHARGE<br>INCOMING WIRE    FEE       C0061965060701 Jul 15 | 14.00 | | 48.24 |
| 07/19 | DEBIT CARD PURCH Card Ending in 3338<br>6J9M1W06                3338 Jul 19<br>POQUITO MAS        QPS WOOLAND HILL CA 16200 | 16.35 | | 31.89 |
| 07/20 | DEBIT CARD PURCH Card Ending in 3338<br>TCXXF0YF                3338 Jul 20<br>SHELL OIL 57444585400  CALBASAS    CA 16201 | 30.00 | | 1.89 |
| 07/21 | WIRE TRANSFER<br>WIRE FROM SVILOS  A AD          Jul 21 | | 53,300.00 | 53,301.89 |
| 07/21 | WITHDRAWAL | 53,251.00 | | 50.89 |

DIMAGGIO_00004719

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit A to Declaration

DIMAGGIO INTERNATIONAL, INC.                    Account ▉5621          Page 3 of 3          001/R1/04F013
                                                Statement Period:  Jul 1 - Jul 31, 2016

| CHECKING ACTIVITY | | | | Continued |
|---|---|---|---|---|

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/21 | SERVICE CHARGE | 14.00 | | 36.89 |
| | INCOMING WIRE    FEE        F016203015DF01  Jul 21 | | | |
| | **Total Debits/Credits** | **224,845.11** | **224,219.59** | |

| CUSTOMER SERVICE INFORMATION |
|---|

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                    YOU CAN WRITE:

Checking                           877-528-0990*                    Citibank, N.A.
                                   (For Speech and Hearing          P.O. Box 790184
                                   Impaired Customers Only          St Louis, MO 63179
                                   TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

\* To ensure quality service, calls are randomly monitored.

© 2016 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

DIMAGGIO_00004720

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit A to Declaration

DIMAGGIO_00004721

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit A to Declaration