FILED
CLERK, U.S. DISTRICT COURT

6/6/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN DIMAGGIO,<br><br>　　　　　Defendant. | Case No. CR 18-891-DMG<br><br>**ORDER MODIFYING BOND CONDITIONS** |

　　　IT IS HEREBY ORDERED that the electronic monitoring condition be modified to remove the location monitoring anklet so that Defendant may work as a drummer for Mike Fennel, provided that Defendant supplies to Pretrial Services a written employment contract or agreement executed by Mr. Fennel guaranteeing at least 20 hours of such drumming work per week; a written weekly schedule of the days and times Defendant would be scheduled to do drumming work to be provided in advance to Pretrial Services no later than one week before the start of the first scheduled work day of each week; and written proof to be provided to Pretrial Services of the income or other monies paid to Defendant by Mr. Fennel for scheduled drumming work actually performed.  If Pretrial Services determines that Defendant no longer needs or wants to perform regular and consistent drumming work, it shall reinstall the location monitoring anklet without further court order.  Standard employment approval and verification conditions remain in effect.

　　　**IT IS SO ORDERED.**

DATED: June 6, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEVE KIM
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

cc: PSA
Attachment: Modified Bond